LAWRENCE M. SCHWAB (Bar No. 085600)
CAROLYN E. HAND (Bar No. 308512)
Bialson, Bergen & Schwab
830 Menlo Ave., Suite 201
Menlo Park, CA 94025
Telephone: (650) 857-9500
Facsimile: (650) 494-2738
lschwab@bbslaw.com
carolyn@bbslaw.com

Attorneys for Plaintiff and Counter-Defendant
R-STOR, INC.

TODD K. BOYER (Bar No. 203132)
CHRISTINA F. TAYLOR (Bar No. 327917)
Boyer Wenter LLP
1585 North 4th Street, Suite N
San Jose, CA 95112
Telephone: (669) 296-0323
tboyer@boyerwenter.com
ctaylor@boyerwenter.com

Attorneys for Defendant and Cross-Complainant
A24 (AUSTRALIA) PTY LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| R-STOR, INC., a Delaware Corporation;<br><br>    Plaintiff,<br><br>v.<br><br>A24 (Australia) PTY LTD.; an Australian Proprietary Company;<br><br>    Defendant. | Case No. 3:23-cv-00391-- CRB<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER** |
| A24 (Australia) PTY LTD; an Australian Proprietary Company;<br><br>    Cross-Complainant,<br><br>v.<br><br>R-STOR, INC.; a Delaware Corporation<br><br>    Counter-Defendant. | |

Plaintiff R-Stor, Inc., by and through its undersigned counsel, and Defendant A24 (Australia) PTY LTD, by and through its undersigned counsel, being all of the parties to this action, jointly stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that this action, and each and every count and claim asserted therein by either party, be dismissed with prejudice, each party to bear their own costs, expenses, and fees.

Dated:  August 1, 2024          BIALSON, BERGEN, & SCHWAB

                                By: /s/ Carolyn E. Hand
                                    Carolyn E. Hand
                                    Attorneys for Plaintiff
                                    R-STOR, INC.

Dated:  August 1, 2024          BOYER WENTER LLP

                                By: /s/ Todd K. Boyer
                                    Todd K. Boyer
                                    Christina F. Taylor
                                    Attorneys for Defendant
                                    A24 (Australia) PTY LTD.

**[PROPOSED] ORDER**

Based on the parties' stipulation, IT IS SO ORDERED. The Clerk of the Court is directed to dismiss this matter with prejudice. All other existing dates and deadlines in this matter are hereby vacated.

IT IS SO ORDERED.

Date: August __2__, 2024

                                _____
                                HON. CHARLES R. BREYER
                                UNITED STATES DISTRICT COURT JUDGE